IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George E. Johnson., Jr., <br>        Plaintiff, <br><br> v. <br><br> Philadelphia Housing Authority, Kelvin Jeremiah and the City of Philadelphia, Defendants, <br>        Defendants. | CIVIL ACTION <br><br> NO. 16-1817 |

# O R D E R

**AND NOW**, this 29th day of September 2016, after review of the documents filed in this case, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF 12) is **GRANTED**; Plaintiff's Motion for Reconsideration (ECF 10) is **DENIED**; Plaintiff's Motion for Default Judgment (ECF 18) is **DENIED**; Defendant City of Philadelphia's Motion to Dismiss (ECF 5) is **GRANTED WITHOUT PREJUDICE**; and Plaintiff's Motion for Summary Judgment (ECF 22) is **DENIED** as premature.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-1817 Johnson v PHA\Order granting Motion to Dismiss.docx